UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ASHLEY FERGUSON JONES BY MARSHALL JONES, ADMINISTRATOR, MARSHALL JONES, INDIVIDUALLY, A.J., PPA MARSHALL JONES and M.J., PPA MARSHALL JONES,<br>                     Plaintiffs | : : : : : : : | CIVIL ACTION NO.<br>3:18-cv-01923-VAB |
| v. | : : | |
| MGR EXPRESS, INC., MGR LEASE LLC, MGR FREIGHT LLC, MGR EXPEDITED INC., MGR EXPEDITED 1 LLC, MGR AUTO LEASE LLC, MGR TRUCK RENTAL LLC, MGR TRUCK SALE INC., MGR TRUCK REPAIR, INC., MGR LOGISTICS INC., MGR 016 LLC, MGR 017 LLC and PLAINFIELD 014 LLC,<br>                     Defendants | : : : : : : : : : | <br><br><br><br><br><br><br><br>DECEMBER 20, 2019 |

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendants hereby make the following initial disclosures. The disclosures made herein are based upon the information reasonably available to the defendants at this time.

**A.      Individuals With Discoverable Information:**

The following individuals are likely to have discoverable information regarding the factual background, their involvement/role during the course of the subject investigation and/or events alleged in the plaintiff's Complaint, which the defendants may use to support their defenses:

| | |
|---|---|
| Marshall Jones<br>Represented by plaintiff's counsel | Injuries, death, loss of consortium, loss of earnings and earning potential |
| Aaliyah Jones<br>Represented by plaintiff's counsel | Injuries and death, bystander emotional distress, loss of consortium |
| Michael Jones<br>Represented by plaintiff's counsel | Injuries and death, bystander emotional distress, loss of consortium |
| Christine Jones<br>Represented by plaintiff's counsel | Loss of daughter-in-law, damages |
| Richard Jones<br>Represented by plaintiff's counsel | Loss of daughter-in-law, damages |
| Nicolae Marcu<br>120 Riddle Street, Apt. 1F<br>Manchester, NH 03102-4740 | Information regarding the collision and his being an independent contractor, and not being employed by these defendants |
| Nicolae Marcu<br>Representative of Plan Beta, LLC<br>120 Riddle Street, Apt. 1F<br>Manchester, NH 03102-4740 | Information regarding the relationship between Plan Beta, LLC, MGR Freight System, LLC and TQL as well as these defendants |
| Radomir Dobrasinovic<br>CEO, MGR Freight System, Inc.<br>c/o John R. Ostojic, Esq.<br>Ostojic & Scudder<br>19 North Green Street<br>Chicago, IL 60607 | Information regarding the collision and the relationship between Plan Betta, LLC, MGR Freight Systems, LLC and TQL, as well as these defendants |
| Goca Tomovic and/or Maya Vesovic<br>MGR Freight System, Inc.<br>500 West Plainfield Road | Information regarding the collision and the relationship between Plan Beta, LLC, MGR Freight Systems, LLC and TQL, as well as these defendants |
| Sasha Laketic<br>MGR Freight System, Inc.<br>500 West Plainfield Road | Information regarding the collision and the relationship between Plan Beta, LLC, MGR Freight Systems, LLC and TQL, as well as these defendants |
| Ljubisa Lou Srejovic<br>4056 West Lawrence Avenue<br>Chicago, IL 60630 | Information regarding various MGR entities; the affidavit of May 9, 2019; the non-involvement of these defendants |

| | |
|---|---|
| Slavica Vuksanovic<br>6305 Joliet Road, Apt. 6<br>Countryside, IL 60525 | Information regarding various MGR entities and the non-involvement of these defendants |
| Representative, Total Quality Logistics, LLC c/o Robert D. Moseley, Jr., Esquire | Information regarding relationship between TQL and other parties |
| Kenneth G. Oaks<br>Total Quality Logistics<br>88 Black Falcon Ave #310<br>Boston, MA 02210 | Information regarding relationship between TQL and other parties, as well as these defendants |
| Mark Bostwick<br>Total Quality Logistics<br>88 Black Falcon Ave #310<br>Boston, MA 02210 | Information regarding relationship between TQL and other parties |
| Tammy Vistrand,<br>Witness<br>c/o Patrick Zailckas, Esquire<br>51 Holmes Avenue<br>Waterbury, CT 06710 | Information regarding the collision |
| David Krajec<br>Witness<br>234 Rope Ferry Road<br>Waterford, CT 06385-2611 | Information regarding the collision |
| Krystle McLaughlin<br>Witness<br>Address unknown | Information regarding the collision |
| Joseph Kitchens<br>Witness<br>Address unknown; upon information and belief, he resides in Texas | Information regarding the collision |
| Jason Boulet<br>LaMarche Associates, Inc.<br>18 Concord Street<br>Glastonbury, CT 06033 | Information regarding the collision |
| Louis A. Rinaldi<br>11 Shuttle Road<br>Farmington, CT 06032 | Autopsy and death; decedent's drug usage |

| Frank Evangelista, MD<br>11 Shuttle Road<br>Farmington, CT 06032 | Autopsy and death; decedent's drug usage |
|---|---|
| Trooper First Class Matthew Weber<br>Trooper First Class Topluos<br>Trooper First Class Mark Pereira<br>Trooper Francis<br>Trooper Taylor<br>Trooper Jackson<br>Connecticut State Police<br>Spencer Plains Road<br>Westbrook, CT 06498 | Collision and investigation and decedent's negligence |
| Larry Press<br>Larry Press, Inc.<br>2284 Flatbush Avenue<br>Brooklyn, NY 11234 | Information regarding the insurance coverage on the various entities involved |
| Plaintiff's medical providers | Information regarding plaintiffs' medical history, injuries and medical treatment |

B.   **Relevant Documents and Tangible Items:**

The following are documents, data compilations, and tangible things that the defendants may use to support their defenses:

1. State Police Incident Report re Case/Incident Report # 1600660412.

2. Voluntary Affidavit of Nicolae Marcu, dated May 4, 2017

3. TQL Broker/Motor Carrier Agreement

4. MGR Freight Systems Inc. Contractor Operating Agreement

5. Equipment Lease Agreement No. 535174-505

6. 50 Photographs

    7.    MGR Policy Manual

    8.    Incorporation documents of these various defendants

    9.    Defendant's employee lists, per Srejovic affidavit

**C.**    **Computation of Claimed Damages:**

Not applicable. The defendants are not making a claim for damages.

**D.**    **Insurance Agreement:**

The defendants' insurer is in liquidation.

The defendants reserve the right to supplement, amend and/or modify these disclosures as investigation and discovery in this matter continues.

    RESPECTFULLY SUBMITTED,
    THE DEFENDANTS,

By    Ct 06278
    Lawrence L. Connelli, Esquire
    CONNELLI LAW
    15 Heathcote
    Avon, CT  06001
    860-214-0915
    lconnelli@rtcelaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ASHLEY FERGUSON JONES BY MARSHALL JONES, ADMINISTRATOR, MARSHALL JONES, INDIVIDUALLY, A.J., PPA MARSHALL JONES and M.J., PPA MARSHALL JONES, | : : : : : | CIVIL ACTION NO. 3:18-cv-01923-VAB |
| Plaintiffs | : : : | |
| v. | : : : | |
| MGR EXPRESS, INC., MGR LEASE LLC, MGR FREIGHT LLC, MGR EXPEDITED INC., MGR EXPEDITED 1 LLC, MGR AUTO LEASE LLC, MGR TRUCK RENTAL LLC, MGR TRUCK SALE INC., MGR TRUCK REPAIR, INC., MGR LOGISTICS INC., MGR 016 LLC, MGR 017 LLC and PLAINFIELD 014 LLC, | : : : : : : : : | |
| Defendants | : | DECEMBER 20, 2019 |

## ***CERTIFICATE OF SERVICE***

This is to certify that on December 20, 2019 the defendants caused its

**26(a)(1) Disclosures** to be served on all counsel of record by emailing a copy of

same to all counsel listed below:

Kelly E. Reardon (ct28441)
The Reardon Law Firm, PC
160 Hempstead Street
PO Drawer 1430
New London, CT  06320
860-442-0444
860-444-6445 (fax)
kreardon@reardonlaw.com

                                              Ct 06278
                                              Lawrence L. Connelli