*Jones Family*

*48 Butts Bridge Road*

*Canterbury, CT 06331*

Honorable Judge Victor A. Bolden

United States Courthouse

915 Lafayette Boulevard-Suite 417

Bridgeport, CT  06604

February 6, 2020

*Re: The Family/Estate of Ashley Jones*

Dear Justice Bolden,

I recently learned that your court would hear the case against the trucking company responsible for the horrific death on December 1, 2016 of my daughter-in-law, Ashley Jones. There are no words to describe our loss. Ashley leaves behind an amazing husband, my son; two adorable children, my grands; and a loving family that misses her dearly and daily. Attorney Robert Reardon has been working on behalf of my son and grands and I only hope for justice. So many matters do not make sense but I believe that you will do all that is possible to bring closure for our family.

I help my son daily with the care of his children, my grands. Typically, I transport my grands to and from school. I hear them discuss their school day. My granddaughter has explained often to her classmates that she has a mommy and "she is in heaven". My grandson has wonderful memories of his mommy but misses her so much. My son faces the challenge of each day with a spirit of gratefulness; yet amid the loss of his beautiful wife, the woman who shared his dreams. I say all this to add clarity to the chaos you must hear while working through case after case. Please do not allow this one to drag on any further than necessary. If necessary, please contact me at (860)861-7641.

Sincerely,

*[signature]*

Christine M. Jones

...dge Rd.
... 06331

X-RAY SCREEN COMPLETED

HARTFORD CT 061

06 FEB 2020 PM 5 L

FOREVER USA

Barn Swallow

Honorable Judge Victor A. Bolden
United States Court House
915 Lafayette Boulevard - Suite 417
Bridgeport, CT  06604

06604-470617